# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 18, 2020**

SEAN F. McAVOY, CLERK

U.S.A. vs.     McLaughlin, Michael Edward     Docket No.     0980 2:19CR00111-WFN-15

**Petition for No Action on Conditions of Pretrial Release**

     COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Michael Edward McLaughlin, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers on December 12, 2019. The Government requested a stay of the release order pending review by Senior U. S District Court Judge Wm. Fremming Nielsen. Mr. McLaughlin appeared before Senior Judge Wm. Fremming Nielsen on the 17th day of December 2019, who ordered Mr. McLaughlin be released from custody on the 19th day of December 2019, under the conditions imposed by U.S. Magistrate Judge John T. Rodgers on the 12th day of December 2019.

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Michael Edward McLaughlin is alleged to have consumed methamphetamine on February 4, 2020.

On December 20, 2019, the pretrial release conditions were reviewed with Mr. McLaughlin at his residence. Mr. McLaughlin acknowledged an understanding of the conditions, which included Standard Condition number 9. He signed the conditions and was provided with a copy.

Mr. McLaughlin called this office on February 4, 2020. He disclosed, while cleaning his garage he located a smoking device. He observed a small amount of methamphetamine in the pipe. Mr. McLaughlin stated he used the pipe and smoked the drug. Mr. McLaughlin expressed shame and disappointment over his actions. He called this officer and his counselor to disclose his drug use.

On February 6, 2020, this officer met with Mr. McLaughlin at his residence. We discussed Mr. McLaughlin's methamphetamine use from February 4, 2020. He again expressed frustration and disbelief over his behaviors. Mr. McLaughlin signed an admission form confirming his drug use and he voiced his commitment to his substance abuse treatment services.

     PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    February 18, 2020 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

February 18, 2020

Date