UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | McLaughlin, Jr., Michael Edward | Docket No. | 0980 2:19CR00111-WFN-15 |

**Petition for No Action on Conditions of Pretrial Release**

  COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Michael Edward McLaughlin, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers on the 12th day of December 2019.

The Government requested a stay of the release order, pending review by Senior U.S. District Court Judge Wm. Fremming Nielsen. Mr. McLaughlin, Jr. appeared before Senior Judge Wm. Fremming Nielsen on the 17th day of December 2019, who ordered Mr. McLaughlin, Jr. be released from custody on the 19th day of December 2019, under the conditions imposed by U.S. Magistrate Judge John T. Rodgers on the 12th day of December 2019.

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Michael Edward McLaughlin, Jr. is alleged to have consumed methamphetamine on August 13, 2020.

On December 20, 2019, the pretrial release conditions were reviewed with Mr. McLaughlin, Jr. at his residence. Mr. McLaughlin, Jr. acknowledged an understanding of the conditions, which included standard condition number 9. He signed the conditions and was provided with a copy.

Mr. McLaughlin, Jr. submitted a random urinalysis test on August 13, 2020, at Social Treatment Opportunities Program (STOP) which was presumptive for amphetamine and methamphetamine. The specimen was set to Alere Toxicology services for confirmation. The sample was confirmed positive for the presence of amphetamine and methamphetamine on August 19, 2020.

On August 24, 2020, this officer spoke with Mr. McLaughlin, Jr. who admitted he smoked methamphetamine on or about August 11, 2020. He explained he met an old female friend and was becoming romantically involved with her but due to a personal ailment, he turned to the use of methamphetamine. Mr. McLaughlin, Jr. expressed frustration and embarrassment with his choice to use the methamphetamine and put himself in this high-risk situation.

Re: McLaughlin, Jr., Michael Edward
August 28, 2020
Page 2

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  August 28, 2020 |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

    August 28, 2020
Date