# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | McLaughlin Jr, Michael Edward | Docket No. | 0980 2:19CR00111-WFN-15 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael Edward McLaughlin Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 19 day of December 2019, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Michael Edward McLaughlin, Jr. is alleged to have consumed methamphetamine on or about September 13, 2020, in violation of standard condition number 9.

On December 20, 2019, the pretrial release conditions were reviewed with Mr. McLaughlin, Jr. at his residence. The offender acknowledged an understanding of the conditions, which included standard condition number 9. He signed the conditions and was provided with a copy.

Mr. McLaughlin, Jr. submitted a random urinalysis test on September 15, 2020, at Social Treatment Opportunities Program (STOP) which was presumptive positive for amphetamine and methamphetamine. The offender signed an admission form confirming he used methamphetamine on or about September 13, 2020. The specimen was sent to Alere Toxicology services for confirmation. On September 24, 2020, test results were received from Alere Toxicology services confirming the specimen to be positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   September 28, 2020 |
| by | s/Stephen Korus |
| | Stephen Krous<br>U.S. Pretrial Services Officer |

Re: McLaughlin Jr, Michael Edward
September 28, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

  September 28, 2020
Date