UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | McLaughlin, Jr., Michael Edward | Docket No. | 0980 2:19CR00111-WFN-15 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Michael Edward McLaughlin, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers on the 12th day of December 2019.

The government requested a stay of the release order, pending review by Your Honor. Mr. McLaughlin, Jr. appeared before Your Honor on the 17th day of December 2019, who ordered Mr. McLaughlin, Jr. be released from custody on the 19th day of December 2019, under the conditions imposed by U.S. Magistrate Judge John T. Rodgers on the 12th day of December 2019.

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Michael Edward McLaughlin, Jr. is alleged to have consumed methamphetamine on or about May 25, 2021.

On December 20, 2019, the pretrial release conditions were reviewed with Mr. McLaughlin, Jr. at his residence. Mr. McLaughlin, Jr. acknowledged an understanding of the conditions, which included standard condition number 9. He signed the conditions and was provided with a copy.

Mr. McLaughlin, Jr. submitted to a random urinalysis on May 25, 2021, at Social Treatment Opportunities Program (STOP) which was presumptive for amphetamine and methamphetamine. The specimen was set to Alere Toxicology services for confirmation. The sample was confirmed positive for the presence of amphetamine and methamphetamine on June 5, 2021.

On June 6, 2021, this officer spoke with Mr. McLaughlin, Jr. who admitted he smoked methamphetamine on or about May 24, 2021.

**Violation #2**: Michael Edward McLaughlin, Jr. is alleged to have consumed methamphetamine on or about June 25, 2021.

On December 20, 2019, the pretrial release conditions were reviewed with Mr. McLaughlin, Jr. at his residence. Mr. McLaughlin, Jr. acknowledged an understanding of the conditions, which included standard condition number 9. He signed the conditions and was provided with a copy.

Mr. McLaughlin, Jr. submitted to a random urinalysis on June 25, 2021, at STOP which was presumptive positive for amphetamine and methamphetamine. The specimen was sent to Alere Toxicology services for confirmation. The sample was confirmed positive for the presence of amphetamine and methamphetamine on July 9, 2021.

On July 12, 2021, this officer spoke with Mr. McLaughlin, Jr. who admitted he smoked methamphetamine prior to submitting his urinalysis on June 25, 2021.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 25, 2021

by    s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/25/2021
Date