PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

Report Date: August 19, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Edward McLaughlin, Jr.     Case Number: 0980 2:19CR00111-TOR-15

Address of Offender:  ▮▮▮▮▮▮▮▮▮▮▮  Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 18, 2021

Original Offense:  Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 846, and 841 (a)(1), (b)(1)(A)(viii)

Original Sentence: Prison - 36 months           Type of Supervision: Supervised Release
                   TSR - 60 months

Asst. U.S. Attorney: Caitlin A. Baunsgard         Date Supervision Commenced: April 6, 2023

Defense Attorney:   Federal Defenders Office      Date Supervision Expires: April 5, 2028

---

### PETITIONING THE COURT

To issue a summons.

On April 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. McLaughlin. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. McLaughlin violated the terms and conditions of his supervised release by using methamphetamine on or about July 14, 2024. |
| | On July 16, 2024, Mr. McLaughlin reported to the U.S. Probation Office. It was at this time he provided a urinalysis that tested presumptive positive for methamphetamine. Mr. McLaughlin admitted to a U.S. probation officer, and via a signed document, that he last used methamphetamine on or about July 14, 2024. |
| 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the |

Prob12C
**Re: McLaughlin, Jr., Michael Edward**
**August 19, 2024**
**Page 2**

people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to anticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. McLaughlin violated the conditions of his supervised release on or about July 26, 2024, by failing to notify his probation officer of a change of address at least 10 days before the change and/or within 72 hours of becoming aware of a change.

On August 5, 2024, at approximately 1:32 p.m., the undersigned attempted to make contact with Mr. McLaughlin at his last reported address as earlier attempts to contact him via his cellular phone were unsuccessful. It was at this time a female answered the door and identified herself as Mr. McLaughlin's ex-wife. She subsequently informed the undersigned that he moved out of this residence "a little over a week ago," and she was uncertain as to where he specifically relocated.

At approximately 2:19 p.m., the undersigned received a return call from Mr. McLaughlin, in which he informed the undersigned that he relocated to a new residence approximately 10 days prior and he provided the new address. Thereafter, the undersigned made contact with Mr. McLaughlin at his new address and he was apologetic for not reporting his new address in a timely manner.

3  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. McLaughlin violated the terms and conditions of his supervised release by using methamphetamine on or about August 2, 2024.

On August 5, 2024, Mr. McLaughlin admitted to the undersigned and via signed document that he last used methamphetamine on or about August 2, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 19, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: McLaughlin, Jr., Michael Edward
August 19, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_____
August 19, 2024
Date