PROB 12C
(6/16)

Report Date:  September 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Edward McLaughlin, Jr.       Case Number: 0980 2:19CR00111-TOR-15

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 18, 2021

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 846, and 841 (a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 36 months TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 6, 2023

Date Supervision Expires: April 5, 2028

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2024.

On April 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. McLaughlin. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. McLaughlin violated the terms and conditions of his supervised release by using methamphetamine on or about September 1, 2024. |
| | On September 5, 2024, the undersigned reported to Mr. McLaughlin's residence and a urinalysis specimen was collected which tested presumptive positive for methamphetamine. Mr. McLaughlin initially denied relapsing but ultimately admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about September 1, 2024. |

Prob12C

**Re: McLaughlin, Jr., Michael Edward**
**September 6, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     September 6, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]     No Action
[X]    The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]     Other

Thomas O. Rice
United States District Judge

September 6, 2024

Date