PROB 12C  
(6/16)

Report Date: September 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Edward McLaughlin, Jr.     Case Number: 0980 2:19CR00111-TOR-15

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 18, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 846, and 841 (a)(1), (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 36 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | April 6, 2023 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: | April 5, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2024 and 09/06/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. McLaughlin violated the terms and conditions of his supervised release by using methamphetamine on or about September 6, 2024. |
| | On September 9, 2024, Mr. McLaughlin appeared before a U.S. Magistrate Judge on the violation petitions dated August 19, and September 6, 2024, and a detention hearing subsequently occurred after the government moved for detention. Mr. McLaughlin was ordered to be detained though it was ordered that should he provide a urinalysis that tested negative he would be released. After the detention hearing, the undersigned met with Mr. McLaughlin who was in the custody of the U.S. Marshals Service and it was at that time he provided a urinalysis that tested presumptive positive for methamphetamine and he admitted to using this substance on or about September 6, 2024. Mr. McLaughlin was thus remanded to the custody of the U.S. Marshals Service. |

Prob12C
Re: McLaughlin, Jr., Michael Edward
September 11, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/11/2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

September 11, 2024
Date