PROB 12C
(6/16)

Report Date: December 18, 2024

# United States District Court

**for the**

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Michael Edward McLaughlin, Jr.    Case Number: 0980 2:19CR00111-TOR-15

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 18, 2021

Original Offense:    Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 846, and 841 (a)(1), (b)(1)(A)(viii)

Original Sentence:   Prison - 36 months          Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: Caitlin A. Baunsgard         Date Supervision Commenced: April 6, 2023

Defense Attorney:    Nathan Poston                Date Supervision Expires: April 5, 2028

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/19/2024, 09/06/2024, and 09/11/2024.

On April 11, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. McLaughlin. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. McLaughlin violated the terms and conditions of his supervised release by using methamphetamine on or about December 12, 2024. |
| | On December 16, 2024, the undersigned reported to Mr. McLaughlin's residence and a urinalysis specimen was collected which tested presumptive positive for methamphetamine. Mr. McLaughlin readily admitted to the undersigned and via a signed document, that he last used methamphetamine on or about December 12, 2024. |

Prob12C

Re: McLaughlin, Jr., Michael Edward
December 18, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 18, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

December 19, 2024

Date